# United States District Court

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA
V.
PHILLIP W. GRAHAM

## CRIMINAL COMPLAINT

CASE NUMBER: 07- 220 M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 23, 2006, through October 26, 2007__ in __New Castle__ county, in the _____ District of __Delaware__ defendant(s) did, (Track Statutory Language of Offense)

knowingly receive and attempt to receive and possess visual depictions of minors engaged in sexually explicit conduct which images had moved by computer in interstate commerce

in violation of Title __18__ United States Code, Section(s) __2252A(a)(2) and (5)(B)__.

I further state that I am a(n) __U.S. Immigration & Customs Enforcement Special Agent__ and that this complaint is based on the following facts:

Official Title

AFFIDAVIT attached.

F I L E D
NOV 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Signature of Complainant
Brian G. Maher, Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

__November 7, 2007__                  at __Wilmington, Delaware__
Date                                      City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer          Signature of Judicial Officer

I, Brian Maher, being duly sworn, depose and say:

1.      I am a Special Agent with the United States Department of Homeland Security, Bureau of Immigration & Customs Enforcement (ICE), Wilmington, Delaware. I have been employed as a Special Agent for over five years. During this time I have conducted and participated in numerous investigations of violations of U.S. immigration law and U.S. customs laws.

2.      Pursuant to 18 U.S.C. § 2251 et seq., I am authorized to investigate crimes involving the sexual exploitation of children. Sections 2252 and 2252A make it a federal crime for any person to knowingly receive or distribute child pornography that has been mailed or has been shipped or transported in foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer. That section also makes it illegal to knowingly reproduce any visual depiction for distribution in foreign commerce by any means including by computer or through the mails.

3.      I have conducted and participated in investigations of persons suspected of violating federal child pornography laws, including Title 18 U.S.C. §§ 2251, 2252 and 2252A. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256) in digital media.

4.      On October 22, 2007, a Federal Search Warrant (Number 07-202M) was issued by the Honorable Leonard P. Stark, U.S. Magistrate Judge for the District of Delaware, authorizing the search of the premises at Philip Graham's residence. The issuance of the search warrant was predicated upon, among other things, probable cause to believe that Philip Graham had purchased subscription access on or about May 23, 2006, and then again on or about June 16, 2006, to a commercial website labeling itself "Illegal.CP," and clearly identifying itself on its banner page as one of the best child porn sites on the internet. The access was purchased with a VISA debit card with a specific number.

5.      On October 26, 2007, pursuant to that Search Warrant, ICE Agents seized several personal computers, one of which was functional, and related peripherals and computer media from the residence of Philip Graham.

6.      On October 26, 2007, detectives with the Delaware State Police (DSP) initiated a preliminary examination of the hard drive from the functional computer seized from Philip Graham. This analysis has discovered on this computer's hard drive approximately 1,000 still images of child pornography and child erotica and approximately 100 videos of child pornography and child erotica. It appears that about half of the 1,000 images have been downloaded to this computer since June 1, 2007. A significant number of these images and videos depict prepubescent children. These images and videos are organized into folders and

subfolders with such titles as "Lolita Art," "Lost Lolita Archives," "Teen Models," "Pre-Teen Models," and "Hard." There is one video file entitled "Rep2.avi" which appears to depict the rape of a prepubescent child by an adult. There is another video entitled "Suckhim2.mpg," which appears to depict a prepubescent child performing oral sex on an adult male.

7.      On November 6, 2007, ICE Special Agents conducted a non-custodial interview of Philip Graham at his residence. In the course of this interview, Philip Graham stated that he uses his computer and the internet primarily for playing online games and looking for Japanese *animé* art. He stated that he had seen a number of images and videos containing child pornography from various internet Websites during the last four years, but that he never downloaded any of it.

Philip Graham stated that he had used BitTorrent to look for Japanese *animé*, but that he couldn't find any. Being unable to find the *animé*, he stated that he searched on boys' and girls' names, out of boredom. In response to those searches, he found a number of nude images. He stated that the nude "guys" were "disgusting," so he searched for girls' names. In response to those queries, numerous photos were returned, from "Kid Art" to adult pornography. He specifically recalled seeing "art" for "Sarah" and "Karen." Photos of Sarah appeared to range in age from about 5 to about 16 years old, and photos of Karen appeared to range from about 6 or 7 to about 40 years old.

Philip Graham stated that on one occasion, he attempted to download the *Star Wars Christmas Special*, but, when he opened the file, it contained a photographic collection titled *Sarah Model*, a collection of nude photographs of a girl from the age of approximately 5 or 6 years old to approximately 15 or 16 years old. He referred to her as the "faceless model," since some of the younger photos did not show her face.

Philip Graham stated that he had subscribed once to a Website called "unet.com" or "unicet.com," for a period of 30 days, to look for Japanese *animé*. Although he found no *animé*, there were pictures of cars, "adult stuff," nude women, men and "kid models." He stated that the "kid models" were "little kids dressed up in clothes."

Philip Graham stated that a friend of his, whom he identified by name, used to stay with him occasionally, until approximately five to seven months ago. If they went out drinking, this friend would stay at Graham's house or Graham would stay at his house overnight. Graham stated that this friend would stay at his house two or three times a week or Graham would stay at the friend's house two or three times a week, essentially alternating between the two on a weekly basis.

Philip Graham stated that he possesses only one general use payment card, a VISA debit card from Artisan's Bank. Graham presented the card to the interviewing agents. The card is a VISA debit card with the same number as the

credit card referenced above in paragraph 4 and valid from 10/07 to 10/09. Graham also presented the recently expired predecessor card, which bore the same number and had been valid from 10/05 to 10/07.

WHEREFORE, your affiant avers that there is probable cause to believe that Philip Graham knowingly received and possessed child pornography, visual depictions of minors engaging in sexually explicit conduct, in violation of 18 U.S.C. §§ 2252, and 2252A.

Brian G. Maher
Special Agent
Immigration & Customs Enforcement