IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PHILLIP W. GRAHAM,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Criminal Action No. 07- 220M<br>)<br>)<br>)<br>) |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    [X]　Crime of violence (18 U.S.C. § 3156)

    [ ]　Maximum sentence life imprisonment or death

    [ ]　10+ year drug offense

    [ ]　Felony, with two prior convictions in above categories

    [X]　Minor victim

    [ ]　Possession/ use of firearm, destructive device or other dangerous weapon

    [ ]　Failure to register under 18 U.S.C. § 2250

    [X]　Serious risk defendant will flee

    [ ]　Serious risk obstruction of justice



FILED

NOV 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention.** The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    X    Defendant's appearance as required

    X    Safety of any other person and the community

3. **Rebuttable Presumption.** The United States will/~~will not~~ invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    X    Probable cause to believe defendant committed ~~a 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or~~ a specified offense (18 USC 2252A (a)(2)) with minor victim

    ___    Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing.** The United States requests the court conduct the detention hearing,

    ___    At first appearance

    X    After continuance of _3_ days (not more than 3).

5. **Temporary Detention.** The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    ___    1. At the time the offense was committed the defendant was:

        ___    (a) on release pending trial for a felony;

        ___    (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ___    (c) on probation or parole for an offense.

    ___    2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    ___    3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 7th day of November, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney