UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

PHILLIP W. GRAHAM

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **07-220M**

I, **PHILLIP W. GRAHAM**, charged in a complaint pending in this District with **KNOWINGLY RECEIVE AND POSSESS CHILD PORNOGRAPHY**, in violation of Title **18**, U.S.C., **2252A(a)(2) AND 5(B)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

*Defendant*

*Counsel for Defendant*

November 9, 2007



FILED
NOV 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE